UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

Motion for Revocation on Offender Under Supervised Release

Name of Offender: James Osborne      Case Number:      7:23-CR-134-1M
Name of Sentencing Judge: Honorable Arenda L. Wright Allen
United States District Judge in the Eastern District of Virginia
Date of Original Sentence: April 8, 2021
Original Offense: Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2)
Original Sentence: 36 months imprisonment; 180 months supervised release
Type of Supervision: Supervised Release      Supervision Started: 1/26/2023
Defense Attorney: Kirsten Kmet

## EARLIER COURT ACTION

11/15/2023      A Violation Report was submitted to the Eastern District of Virginia advising of the defendant's possession of adult pornography. The court agreed to take no action.

12/18/2023      Jurisdiction of the defendant's case was transferred to the Eastern District of North Carolina and assigned to the Honorable Terrence W. Boyle, United States District Judge.

05/29/2024      A Violation Report was submitted to the court following the defendant's use of illegal substances, specifically marijuana. The court agreed to take no action to allow the defendant an opportunity to comply with substance abuse testing and treatment.

08/30/2024      A Violation Report was submitted to the court following the defendant's continued use of illegal substances, specifically marijuana. The court agreed to take no action to allow the defendant an opportunity to continue participating in substance abuse testing and treatment.

10/01/2024      A Petition for Action was submitted to the court following the defendant's continued use of illegal substances, specifically amphetamine, methamphetamine and marijuana. The court agreed to modify his conditions of supervised release to include a curfew with electronic monitoring for a period not to exceed 60 days.

05/28/2025      A Petition for Action was submitted to the court following the defendant's continued use of illegal substances, specifically amphetamine and methamphetamine. The court agreed to modify his conditions of supervised release to include a curfew with electronic monitoring for a period not to exceed 60 days.

07/20/2025      A Violation Report was submitted to the court. On July 13, 2025, the defendant failed to return home during his required curfew. The court agreed to take no action.

10/02/2025      The defendant's case was reassigned to the Honorable Richard E. Myers II, Chief United States District Judge.

## PETITIONING THE COURT

Violation 1 -      <u>Criminal conduct</u>

On or about November 5, 2024, November 4, 2025, and February 25, 2026, the defendant committed the offenses of False Statements on Voter Registration or Ballot, in violation of 52 U.S.C. §§ 20511(2)(A) and 20511(2)(B), in the Eastern District of North Carolina.

James Osborne
Docket No. 7:23-CR-134-1M
PROB 12C
Page 2

On March 23, 2026, following the filing of a Criminal Complaint an arrest warrant was issued by United States Magistrate Judge Robert B. Jones, Jr., and filed under 7:26-MJ-1097.

In view thereof, we respectfully petition the court to schedule a hearing, issue a notice to the defendant, and recommend that the term of supervision be revoked.

This the 27th day of March, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Henry Ponton
Henry Ponton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-4290
Phone: 910-679-2048
Executed On: March 27, 2026