# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

No. 7:23-CR-00134-M-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| | ) | |
| JAMES OSBORNE | ) | |

NOW comes the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, and gives notice to this Honorable Court of assignment of the undersigned Assistant United States Attorney as counsel for the Government in the above-referenced case.

Respectfully submitted, this the 6th day of April, 2026.

W. ELLIS BOYLE
United States Attorney

/s/ *Matthew Petracca*
BY:  MATTHEW PETRACCA
Special Assistant United States Attorney
U.S. Attorney's Office, EDNC
150 Fayetteville St., Suite 2100
Raleigh, North Carolina 27601
E-mail: Matthew.Petracca@usdoj.gov
Telephone: 919-645-5334
Fax: 919-856-4006
NC Bar No. 53350

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this the 6th day of April, 2026, served a copy of the foregoing Government's Notice of Appearance upon the defendants by filing the foregoing electronically with the Clerk of Court, using the CM/ECF system, which will send notification to all attorneys of record in this matter.

David E. Wicclair
Federal Public Defender - EDNC
150 Fayetteville Street Mall, Suite 450
Raleigh, NC 27601
919-856-4236
Fax: 919-856-4477
Email: david_wicclair@fd.org

/s/ *Matthew Petracca*
BY:  MATTHEW PETRACCA
Special Assistant United States Attorney
U.S. Attorney's Office, EDNC
150 Fayetteville St., Suite 2100
Raleigh, North Carolina 27601
E-mail: Matthew.Petracca@usdoj.gov
Telephone: 919-645-5334
Fax: 919-856-4006
NC Bar No. 53350
